# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| **Mildred W. Burk,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **V.** | ) Case No. 11-0398-CV-W-JTM |
| | ) |
| **Portfolio Recovery Associates, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pursuant to the entry of the *Stipulation of Dismissal With Prejudice* filed by the parties June 28, 2011 [Doc. 9], it is

**ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, each party to its their own costs and fees.


                                            */s/ John T. Maughmer*
                                          **JOHN T. MAUGHMER**
                                          **U. S. MAGISTRATE JUDGE**